In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Opening of Edgewater Road.

HUNT'S POINT REALTY COMPANY, Appellant.

*Matter of City of New York (Edgewater Road),* 138 App. Div. 203, affirmed.
(Argued September 27, 1910; decided October 11, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May

13, 1910, which reversed an order of Special Term denying a motion to confirm the report of commissioners of estimate and assessment in the above-entitled proceeding.

*Francis P. O'Connor* and *Edward W. Murphy* for appellant.

*Archibald R. Watson*, Corporation Counsel (*Joel J. Squier, F. W. Gahrmann* and *C. A. Molloy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.